IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| v. | *   **Criminal No.: 5:21-CR-19** |
| | * |
| **ROBERT EUGENE "BOB" WILSON,** | * |
| | * |
| **Defendant.** | * |

## NOTICE OF APPEAL

Notice is hereby given that Robert Eugene Wilson, the defendant in the above named case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the final judgment entered in this action on February 15, 2023.

                                            Respectfully submitted,

                                            ROBERT EUGENE WILSON, Defendant

                              By:   /s/ Scott C. Brown
                                      SCOTT C. BROWN (WV#7134)
                                      Counsel for Defendant
                                      Scott C. Brown Law Office
                                      1600 National Road
                                      Wheeling, WV 26003
                                      Telephone: (304) 242-6001
                                      Facsimile: (877) 230-2978
                                      Email: scott@scottbrownlaw.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
### WHEELING

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| v. | * Criminal No.: 5:21-CR-19 |
| | * |
| **ROBERT EUGENE "BOB" WILSON,** | * |
| | * |
| **Defendant.** | * |

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2023, I electronically filed the foregoing **NOTICE OF APPEAL** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: David J. Perri, Esq., Assistant United States Attorney.

    /s/ Scott C. Brown
SCOTT C. BROWN (WV#7134)
Counsel for Defendant
Scott C. Brown Law Office
1600 National Road
Wheeling, WV 26003
Telephone: (304) 242-6001
Facsimile: (877) 230-2978
Email: scott@scottbrownlaw.com